UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Richard Lowery**, on behalf of himself and others similarly situated,

    Plaintiff,

v.

**Texas A&M University System**, et al.,

    Defendants.

Case No. 4:22-cv-3091

## CERTIFICATE OF INTERESTED PARTIES

On behalf of plaintiff Richard Lowery, and in accordance with this Court's order of September 23, 2022 (ECF No. 4), we certify that there are no persons or entities that are financially interested in this litigation apart from: (1) the named plaintiff and (if the proposed class is certified) the absent class members; (2) the individual attorneys and law firms representing Mr. Lowery. Those attorneys and law firms, and all known attorneys of record, appear in the signature block below.

                                                                           Respectfully submitted.

| | |
|---|---|
| |  /s/ Jonathan F. Mitchell |
| GENE P. HAMILTON | JONATHAN F. MITCHELL |
| Virginia Bar No. 80434 |   *Attorney-in-Charge* |
| Vice-President and General Counsel | Texas Bar No. 24075463 |
| America First Legal Foundation | S.D. Tex. Bar No. 1133287 |
| 300 Independence Avenue SE | Mitchell Law PLLC |
| Washington, DC 20003 | 111 Congress Avenue, Suite 400 |
| (202) 964-3721 | Austin, Texas 78701 |
| gene.hamilton@aflegal.org | (512) 686-3940 (phone) |
| | (512) 686-3941 (fax) |
| | jonathan@mitchell.law |
| | |
| Dated: September 23, 2022 | *Counsel for Plaintiff and Proposed Class* |

## CERTIFICATE OF SERVICE

I certify that I will serve a filed-stamped copy of this document on the defendants when we hand-serve the complaint and summonses. We have not yet served the defendants because we are still waiting for the clerk's office to issue the summonses.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff and Proposed Class*
