United States District Court
Southern District of Texas

**ENTERED**
October 11, 2022
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-03091 |
|---|---|---|---|

Richard Lowery, on behalf of himself and others similarly situated,

*versus*

Texas A&M University System, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Gene P. Hamilton<br>America First Legal Foundation<br>300 Independence Avenue<br>Washington, DC 20003<br>202-964-3721, gene.hamilton@aflegal.org<br>VA 80434<br>Fifth Circuit, Eleventh Circuit, DDC, NDTX, NDGA, MDGA |

| Name of party applicant seeks to appear for: | Richard Lowery |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 9/14/2022   Signed: *[signature]*

The state bar reports that the applicant's status is: In Good Standing

Dated: 09/27/2022   Clerk's signature   /s/ Jennelle Gonzalez

## Order

This lawyer is admitted *pro hac vice*.

Dated: October 11, 2022

*[signature]*
United States District Judge