IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Richard Lowery, on behalf of himself and others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| Texas A&M University System; Tim Leach, in his official capacity as chairman of the Board of Regents of the Texas A&M University System; Bill Mahomes, in his official capacity as Vice Chairman of the Board of Regents of the Texas A&M University System; Robert L. Albritton, James R. Brooks, Jay Graham, Michael A. Hernandez III, Elaine Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell Jr., each in their official capacities as members of the Board of Regents of the Texas A&M University System; Annie S. McGowan, in her official capacity as Vice President and Associate Provost for Diversity at Texas A&M University; N.K. Anand, in his official capacity as Vice President for Faculty Affairs at Texas A&M University, | § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:22-cv-3091 |
| Defendants. | § § | |

**NOTICE OF APPEARANCE**

Please accept this Notice of Appearance of Paul Trahan, Norton Rose Fulbright US LLP, 98 San Jacinto Boulevard, Suite 1100, Austin, Texas as counsel for Defendants Texas A&M University System, Tim Leach, Bill Mahomes, Robert L. Albritton, James R. Brooks, Jay Graham, Michael A. Hernandez III, Elaine Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell Jr., Annie S. McGowan, and N.K. Anand in the above-referenced matter.

- 2 -

Respectfully submitted,

*/s/ Paul Trahan*
Paul Trahan
State Bar No. 24003075
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
paul.trahan@nortonrosefulbright.com

## CERTIFICATE OF SERVICE

    I hereby certify that, on October 28, 2022, a true and correct copy of the foregoing was served on all parties receiving the Court's ECF e-mail notification, including counsel listed below:

    Jonathan F. Mitchell
    Mitchell Law PLLC
    111 Congress Avenue, Suite 400
    Austin, Texas 78701
    (512) 686-3940 (phone)
    (512) 686-3941 (fax)
    jonathan@mitchell.law

    Gene P. Hamilton
    Virginia Bar No. 80434
    Vice-President and General Counsel
    America First Legal Foundation
    300 Independence Avenue SE
    Washington, DC 20003
    (202) 964-3721
    gene.hamilton@aflegal.org

    *Counsel for Plaintiff*
    *and Proposed Class*

                                              */s/ Paul Trahan*
                                                  Paul Trahan