IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Richard Lowery, on behalf of himself and others similarly situated, § § § Plaintiffs, § § v. § § Texas A&M University System; Tim Leach, in his official capacity as chairman of the Board of Regents of the Texas A&M University System; Bill Mahomes, in his official capacity as Vice Chairman of the Board of Regents of the Texas A&M University System; Robert L. Albritton, James R. Brooks, Jay Graham, Michael A. Hernandez III, Elaine Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell Jr., each in their official capacities as members of the Board of Regents of the Texas A&M University System; Annie S. McGowan, in her official capacity as Vice President and Associate Provost for Diversity at Texas A&M University; N.K. Anand, in his official capacity as Vice President for Faculty Affairs at Texas A&M University, § § § § § § § § § § § § § § § § § § § § § § § § Defendants. § § | Civil Action No. 4:22-cv-3091 |

## **NOTICE OF APPEARANCE**

Please accept this Notice of Appearance of Jesika Silva Blanco, Norton Rose Fulbright US LLP, 1301 McKinney, Suite 5100, Houston, Texas as counsel for Defendants Texas A&M University System, Tim Leach, Bill Mahomes, Robert L. Albritton, James R. Brooks, Jay Graham, Michael A. Hernandez III, Elaine Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell Jr., Annie S. McGowan, and N.K. Anand in the above-referenced matter.

- 2 -

Respectfully submitted,

*/s/ Jesika Silva Blanco*
Jesika Silva Blanco
State Bar No. 24098428
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
jesika.blanco@nortonrosefulbright.com

CERTIFICATE OF SERVICE

I hereby certify that, on November 2, 2022, a true and correct copy of the foregoing was served on all parties receiving the Court's ECF e-mail notification, including counsel listed below:

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Gene P. Hamilton
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

*Counsel for Plaintiff
and Proposed Class*

/s/ Jesika Silva Blanco
Jesika Silva Blanco