United States District Court
Southern District of Texas
**ENTERED**
November 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Richard Lowery, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Texas A&M University System; Tim Leach, in his official capacity as chairman of the Board of Regents of the Texas A&M University System; Bill Mahomes, in his official capacity as Vice Chairman of the Board of Regents of the Texas A&M University System; Robert L. Albritton, James R. Brooks, Jay Graham, Michael A. Hernandez III, Elaine Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell Jr., each in their official capacities as members of the Board of Regents of the Texas A&M University System; Annie S. McGowan, in her official capacity as Vice President and Associate Provost for Diversity at Texas A&M University; N.K. Anand, in his official capacity as Vice President for Faculty Affairs at Texas A&M University,<br><br>Defendants. | Civil Action No. 4:22-cv-3091 |

## ORDER

The Parties have informed the Court that they have reached an agreement to extend Defendants' deadline to respond to Plaintiffs' Class Action Complaint (Doc. 1) until December 12, 2022.

IT IS THEREFORE ORDERED that Defendants' deadline to respond to Plaintiff's Class Action Complaint is extended until **December 12, 2022.**

- 2 -

SO ORDERED.

Signed on   November 04, 2022   , at Houston, Texas.

                                                      _____
                                                      Hon. Charles Eskridge
                                                      United States District Judge