United States District Court
Southern District of Texas
**ENTERED**
November 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>TEXAS A&M UNIVERSITY SYSTEM, *et al.*,<br><br>  Defendants. | § § § § § § § § § § § § § § | Civil Action No. 4:22-cv- 3091 |

## ORDER

The Parties have informed the Court that they have reached the following agreements:

The Parties agree to extend Defendants' deadline to respond to Plaintiff's Motion for Class Certification (Doc. 8) until the Court issues an Order on Defendants' Motion to Dismiss, which Defendant intends to file before the current responsive pleading deadline of December 12, 2022.

The Parties agree to stay any further action on this matter, including discovery, until the Court issues an Order on Defendants' Motion to Dismiss.

IT IS THEREFORE ORDERED THAT

Defendants' deadline to respond to Plaintiff's Motion for Class Certification (Doc. 8) is hereby STAYED until the Court issues an Order on Defendants' Motion to Dismiss.

Discovery in this matter is hereby STAYED pending ruling on Defendants' Motion to Dismiss.

All pending deadlines are CANCELED. A new scheduling order and docket control order will enter as needed following the ruling.

The Initial Pretrial and Scheduling Conference set for November 30, 2022 at 10:30 AM is hereby CANCELLED.

-2-

SO ORDERED.

Signed on \_\_\_\_\_November 18, 2022\_\_\_\_\_, at Houston, Texas.

                                                               _____
                                                               Hon. Charles Eskridge
                                                               United States District Judge