UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Texas A&M University**; **M. Katherine Banks**, in her official capacity as president of Texas A&M University; **Alan Sams**, in his official capacity as interim provost and vice president for academic affairs for Texas A&M University; **Annie S. McGowan**, in her official capacity as Vice President and Associate Provost for Diversity at Texas A&M University; **N.K. Anand**, in his official capacity as Vice President for Faculty Affairs at Texas A&M University, <br><br> Defendants. | Case No. 4:22-cv-3091 |

### NOTICE OF DISMISSAL OF CLAIMS AGAINST TEXAS A&M UNIVERSITY SYSTEM AND THE MEMBERS OF ITS BOARD OF REGENTS

Plaintiff Richard Lowery dismisses his claims against the Texas A&M University System and the members of its board of regents, including Tim Leach, Bill Mahomes, Robert L. Albritton, James R. Brooks, Jay Graham, Michael A. Hernandez III, Elaine Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell Jr. The dismissal of the claims against these defendants is without prejudice under 41(a)(1)(A)(i). Each party will bear its own attorneys' fees, costs, and expenses.

|  |  |
|---|---|
|  | Respectfully submitted. |
|  | /s/ Jonathan F. Mitchell |
| Gene P. Hamilton* | Jonathan F. Mitchell |
| Virginia Bar No. 80434 | *Attorney in Charge* |
| Vice-President and General Counsel | Texas Bar No. 24075463 |
| America First Legal Foundation | S.D. Tex. Bar No. 1133287 |
| 300 Independence Avenue SE | Mitchell Law PLLC |
| Washington, DC 20003 | 111 Congress Avenue, Suite 400 |
| (202) 964-3721 | Austin, Texas 78701 |
| gene.hamilton@aflegal.org | (512) 686-3940 (phone) |
|  | (512) 686-3941 (fax) |
| * admitted pro hac vice | jonathan@mitchell.law |
|  |  |
| Dated: December 23, 2022 | *Counsel for Plaintiff and Proposed Class* |

## CERTIFICATE OF SERVICE

I certify that on December 23, 2022, I served this document through CM/ECF upon:

M. Carter Crow
Layne E. Kruse
Paul Trahan
Ryan Meltzer
Jesika Silva Blanco
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151 (phone)
(713) 651-5246 (fax)
carter.crow@nortonrosefulbright.com
layne.kruse@nortonrosefulbright.com
paul.trahan@nortonrosefulbright.com
ryan.meltzer@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

*Counsel for Defendants*

          /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff and Proposed Class*