IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD LOWERY, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEXAS A&M UNIVERSITY; M. KATHERINE BANKS, in her official capacity as President of Texas A&M University; ALAN SAMS, in his official capacity as Interim Provost and Vice President for Academic Affairs for Texas A&M University; ANNIE S. MCGOWAN, in her official capacity as Vice President and Associate Provost for Diversity at Texas A&M University; and N.K. ANAND, in his official capacity as Vice President for Faculty Affairs at Texas A&M University,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　Civil Action No. 4:22-cv-3091 |

## NOTICE OF APPEARANCE

Please accept this Notice of Appearance of Ryan Eric Meltzer, Norton Rose Fulbright US LLP, 98 San Jacinto Boulevard, Suite 1100, Austin, Texas as counsel for Defendants Texas A&M University, M. Katherine Banks, Alan Sams, Annie S. McGowan, and N.K. Anand in the above-captioned matter.

- 2 -

    Respectfully submitted,

    */s/ Ryan E. Meltzer*
    Ryan Eric Meltzer
    Texas Bar No. 24092821
    NORTON ROSE FULBRIGHT US LLP
    98 San Jacinto Boulevard, Suite 1100
    Austin, TX 78701-4255
    Telephone: (512) 536-5234
    Facsimile: (512) 536-4598
    ryan.meltzer@nortonrosefulbright.com

- 3 -

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.3, I hereby certify that the foregoing Notice of Appearance has been served on all parties today, February 10, 2023, via CM/ECF.

*/s/ Ryan E. Meltzer*
Ryan E. Meltzer
