# **EXHIBIT 1**

# Ryan Meltzer

| | |
|---|---|
| **From:** | M. Carter Crow |
| **Sent:** | Friday, December 16, 2022 11:20 AM |
| **To:** | Jonathan Mitchell |
| **Cc:** | Layne E. Kruse; Paul Trahan |
| **Subject:** | Lowery Case - TAMU Memo |
| **Attachments:** | New ACES Plus Program_12_14_12.pdf |

Jonathan,

As we discussed, attached is a copy of a memo that has been distributed.

Best wishes,
Carter Crow

1301 McKinney, Suite 5100, Houston, Texas  77010-3095, United States
Office Tel +1 713 651 5218 | Cell +1 713 922 9370
carter.crow@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*

1

Office for Diversity



| | |
|---|---|
| **TO:** | Deans |
| **FROM:** | Annie McGowan *AMcGowan* <br> Vice President and Associate Provost for Diversity <br><br> N. K. Anand *N.K. Anand* <br> Vice President for Faculty Affairs |
| **DATE:** | December 14, 2022 |
| **SUBJECT:** | New ACES Plus Program |

This memo clarifies information regarding the ACES Plus Program contained in our memo dated July 8, 2022. The objective of ACES Plus is to recruit outstanding faculty members with records for research, teaching and/or scholarship in areas that promote campus diversity as an element of academic excellence. To help fund this program in FY 2024-25, the VP for Faculty Affairs will allocate a sum of $2 million to be used to provide 50% matching base salary and benefits, up to a maximum contribution of $100,000 (salary and fringe) for new mid-career and senior tenure-track hires.

<u>All hiring decisions for this program will be made on an equal employment opportunity basis, without regard to the applicant's race, gender or other protected classification, in full compliance with the Texas A&M policy on equal employment opportunity</u> ( *See* https://president.tamu.edu/messages/commitment-to-equal-employment-opportunity.html.). Qualified applicants are not limited to underrepresented minority groups. If you have any questions regarding our equal employment opportunity commitment for Aces Plus, please direct them to the Director of Talent Management, TAMU HROE. To date, we have not hired anyone, and we have not extended any offers for employment under this program. Our current plan is to initiate hiring under the auspices of the program starting in the Spring of 2023.

**Recruitment**:

The ACES Plus program will be advertised and the Interfolio Faculty Search portal will be used to collect application materials. Applications should include a CV along with statements of how the candidate's teaching, research, and service reflect a commitment to promoting a campus climate of inclusion and belonging consistent with Aggie Core Values (https://www.tamu.edu/about/coreValues.html). Candidates' statements should articulate how their academic record and work will contribute to Texas A&M's capacity to more broadly support the pluralities of the students, faculty, and staff in our community. As such, the selection criteria will focus specifically on competencies as demonstrated through the candidate's scholarship. Decisions on funding will be made by the Vice President for Faculty Affairs with input from the Office for Diversity. The hiring decision will be made by the recruiting Colleges/Schools.

C: M. K. Banks, President
A. Sams, Interim Provost
Michelle Mitchell, Assistant Vice President for Finance