# **EXHIBIT 2**

## 12.04   Academic Council/Faculty Senate

Revised November 15, 2018 (MO -2018)
Next Scheduled Review:  November 15, 2023
Click to view Revision History.



## Policy Summary

This policy provides for the creation of an academic council or faculty senate at each of the universities (academic institutions) of The Texas A&M University System for the faculty to advise the president of that academic institution.

## Policy

There may be created in each academic institution an academic council and/or a faculty senate. These bodies, if established, will serve in an advisory capacity to the president.

## Member Rule Requirements

A rule is not required to supplement this policy.

## Contact Office

Academic Affairs
(979) 458-6072