# **EXHIBIT 3**



OFFICE FOR DIVERSITY (/)

(http://tamu.edu)
日本語

# Accountability, Climate, Equity, and Scholarship Faculty Fellows Program

Texas A&M University's Accountability, Climate, Equity, and Scholarship (ACES) Faculty Fellows Program is a faculty hiring program that connects early career faculty advancing outstanding scholarship with relevant disciplinary units on campus. Faculty are hired as ACES Assistant Professors with the expectation of transitioning to tenure track (pending departmental review) by the end of the fellowship period. ACES is administered by the Office for Diversity in partnership with the following colleges and schools:

**College of Agriculture and Life Sciences (https://aglifesciences.tamu.edu/)** +

**College of Arts & Sciences (https://artsci.tamu.edu/)** +

**School of Architecture (https://www.arch.tamu.edu)** +

**School of Education and Human Development (https://education.tamu.edu/)** +

**School of Medicine (https://medicine.tamu.edu/)** +

**School of Public Health (https://public-health.tamu.edu/)** +

The ACES Faculty Fellows Program promotes the research, teaching, and scholarship of early career scholars who embrace the belief that diversity is an indispensable component of academic excellence. From this experience at Texas A&M, fellows should develop an understanding of the value of diversity and inclusion and the power that it holds for students, faculty, and staff to enrich their lives. Meet ACES Faculty Fellows Cohort 1 (/Home/Accountability,-Climate,-Equity,-and-Scholarship-F/Cohort-1),  ACES Faculty Fellows Cohort 2 (/Home/Accountability,-Climate,-Equity,-and-Scholarship-F/Cohort-2), and ACES Faculty Fellows Cohort 3 (/Home/Accountability,-Climate,-Equity,-and-Scholarship-F/Cohort-3).

As a public, land-grant, Hispanic-serving (HSI) research university, Texas A&M upholds its responsibility to accountability, campus climate, equity, and scholarship by maintaining a campus that affirms equity and fosters inclusion and belonging. Significantly, Texas A&M holds itself accountable to improve campus climate and equity goals through clear, accessible measures. ACES Assistant Professors are afforded access to invaluable academic and professional development experiences to advance their careers as scholars. The objective is for ACES Assistant Professors to transition to tenure-track faculty by the end of the fellowship. ACES Assistant Professors will benefit from: prescriptive mentoring, access to instructional best practices, a vast array of world-class research and productivity resources, and a robust network of renowned Texas A&M scholars from across disciplines.

## ABOUT THE ACES FACULTY FELLOWS PROGRAM

- Texas A&M University's ACES Faculty Fellows Program is up to a two-year (24 month) fellowship for early career PhDs. Applicants' degrees should be completed no more than four years from the time of application. ACES Assistant Professors begin their appointment in August.
- The benefits and stipend are department specific. Benefits including medical, dental, and vision are available. The faculty fellowship period generally begins August 1 and ends on July 31. Start dates are negotiable, but must commence between July 1 and August 10.
- ACES Assistant Professors will receive reimbursement for one-time relocation fees, a research and travel allowance as specified in the position description, and a private office.
- ACES Assistant Professors will teach one course per academic year, thereby benefiting from dedicated research time. Fellows will hold the title of ACES Assistant Professor.
- A hallmark of the Texas A&M University's ACES Faculty Fellows Program is the mentoring ACES Assistant Professors will receive, as well as its attention to community-building.

## APPLICATION

**Applications are now open.** Prior to beginning the online application, individuals are encouraged to review the instructions and the requested materials. Applications are due by **11:59 pm Eastern on February 15, 2023**. The application for the Texas A&M University's ACES Fellows Program requires submission of the following:

- Cover Letter (1-3) pages describing your interest in the position and providing preferred contact information (e.g., name, email, phone number, and address)
- C.V.

- Research statement including proposal of scholarly project(s) (3-5 pages) conducted during the fellowship years
- Teaching statement (1-3 pages) describing your teaching philosophy and focus
- Diversity statement (1-3 pages) explaining how your scholarship, teaching, service and/or other experiences have demonstrated a commitment to diversity, equity, and inclusion (DEI) and how that commitment may benefit Texas A&M University
- One writing sample (e.g., book chapter, chapter from your dissertation; journal article; work under review; or work in progress)
- Contact information for three references including name, title, and contact information -- Please do not include your letters of reference with your application materials. The Office for Diversity will ask you for your letters if your application advances through the review process.

Texas A&M University is using Interfolio's Faculty Search to collect application materials. Applicants to this position receive a free Dossier account and can send all application materials, including confidential letters of recommendation, free of charge. Please email ACES@tamu.edu (mailto:aces@tamu.edu?subject=2019%20ACES%20Application) if you have any questions related to eligibility, technical issues with the application, or program details.

**APPLY HERE FOR**:

- College of Agriculture and Life Sciences: Department of Ecology and Conservation Biology (https://apply.interfolio.com/112395)
- College of Agriculture and Life Sciences: Department of Recreation, Park, and Tourism Sciences (https://apply.interfolio.com/112394)
- College of Arts & Sciences: Department of Atmospheric Sciences (https://apply.interfolio.com/112804)
- College of Arts & Sciences: Department of Anthropology (https://apply.interfolio.com/112826)
- College of Arts & Sciences: Department of Biology (https://apply.interfolio.com/112840)
- College of Arts & Sciences: Department of Chemistry (https://apply.interfolio.com/112822)
- College of Arts & Sciences: Department of Communication & Journalism (https://apply.interfolio.com/112806)
- College of Arts & Sciences: Department of Economics (https://apply.interfolio.com/112824)
- College of Arts & Sciences: Department of English (https://apply.interfolio.com/112818)
- College of Arts & Sciences: Department of Geography (https://apply.interfolio.com/119656)
- College of Arts & Sciences: Department of Geology & Geophysics (https://apply.interfolio.com/112828)
- College of Arts & Sciences: Department of Global Languages & Cultures (https://apply.interfolio.com/112823)

- College of Arts & Sciences: Department of History (https://apply.interfolio.com/112843)
- College of Arts & Sciences: Department of Mathematics (https://apply.interfolio.com/112836)
- College of Arts & Sciences: Department of Oceanography (https://apply.interfolio.com/112862)
- College of Arts & Sciences: Department of Philosophy & Humanities (https://apply.interfolio.com/112819)
- College of Arts & Sciences: Department of Physics & Astronomy (https://apply.interfolio.com/112838)
- College of Arts & Sciences: Department of Psychological & Brain Sciences (https://apply.interfolio.com/112820)
- College of Arts & Sciences: Department of Sociology (https://apply.interfolio.com/112841)
- College of Arts & Sciences: Department of Statistics (https://apply.interfolio.com/112858)
- School of Architecture: Department of Construction Science (https://apply.interfolio.com/119657)
- School of Education & Human Development: Teaching, Learning, and Culture (https://apply.interfolio.com/112396)
- School of Education & Human Development: Educational Psychology (https://apply.interfolio.com/112397)
- School of Education & Human Development: Educational Administration and Human Development (https://apply.interfolio.com/112398)
- School of Education & Human Development: Kinesiology & Sport Management (https://apply.interfolio.com/112400)
- School of Medicine: Humanities in Medicine, Medical Education, Medical Physiology, Microbial Pathogenesis and Immunology, Cell Biology and Genetics, Neuroscience and Experimental Therapeutics, Primary Care and Rural Medicine, Psychiatry and Behavioral Sciences, and Translational Medical Sciences (https://apply.interfolio.com/119259)
- School of Public Health: Environmental and Occupaional Health, Epidemiology and Biostatistics, Health Policy and Management, and Health Behavior (http://apply.interfolio.com/112438)

**Texas A&M University is committed to enriching the learning and working environment for all visitors, students, faculty, and staff by promoting a culture that embraces inclusion, diversity, equity, and accountability. Diverse perspectives, talents, and identities are vital to accomplishing our mission and living our core values.**

Texas A&M University is an Equal Opportunity/Affirmative Action/Veterans/Disability employer committed to building a culturally diverse educational environment. The University is aware that attracting and retaining exceptional faculty often depends on meeting the needs of two careers and therefore implements policies that contribute to work-life balance.

🏠 (/) / Accountability, Climate, Equity, and Scholarship Faculty Fellows Program

Current Students (/Home/Accountability,-Climate,-Equity,-and-Scholarship-F)

Former Students (https://www.tamu.edu/former-students/)

Prospective Students (http://admissions.tamu.edu)

Stop Hate (https://stophate.tamu.edu/)

Parents (https://www.tamu.edu/parents/)

Faculty (https://dof.tamu.edu/)

Staff (https://employees.tamu.edu/employees/)

University Events Calendar (https://calendar.tamu.edu/#offCanvas)

University Academic Calendar (https://registrar.tamu.edu/Catalogs,-Policies-Procedures/Academic-Calendar)

Diversity Resources Calendar (https://www.diversityresources.com/2022-diversity-calendar/)

Employment Opportunities (https://www.tamu.edu/about/employment.html)

Texas A&M TODAY (https://today.tamu.edu/)

Bryan/College Station Chamber of Commerce (https://www.bcschamber.org)

 (HTTPS://WWW.FACEBOOK.COM/AGGIEDIVERSITY)  (HTTPS://TWITTER.COM/AGGIEDIVERSITY)  (HTTPS://WWW.INSTAGRAM.COM/AGGIEDIVERSITY/)

**(HTTPS://WWW.PINTEREST.COM/TAMU/) (HTTPS://WWW.YOUTUBE.COM/TAMU) (HTTPS://WWW.LINKEDIN.COM/EDU/SCHOOL? ID=19491)**

Texas A&M University (http://www.tamu.edu) | Web Accessibility (http://itaccessibility.tamu.edu)

Site Policies (http://www.tamu.edu/statements) | Contact (/Special-Pages/Contact)

Sitemap (../Special-Pages/Sitemap)   Login