# **EXHIBIT 6**

UF  OFFICE OF THE CHIEF DIVERSITY OFFICER                                                                                                    Affinity Groups

UF Chief Diversity Officer | UNIVERSITY of FLORIDA

ABOUT                          STRATEGIC INITIATIVES                    HERITAGE MONTHS                    RESOURCES

ABOUT

# ABOUT

CDO STAFF

CAMPUS DIVERSITY LIAISONS

CONTACT US

The Office of the Chief Diversity Officer (CDO) charts the inclusive excellence strategy for the university. The chief diversity officer (CDO) is a member of the president's cabinet and serves as a senior advisor to the president on matters related to the university's core value of inclusion. The CDO also coordinates inclusive excellence initiatives across the colleges and business units through the Campus Diversity Liaison (CDL) network. The CDLs are members of the leadership team of each college or business unit, and they put the university's inclusive excellence strategy into action at the college and business unit level.

APPLY              VISIT              JOBS              ASK UF

RESOURCES               CAMPUS                  WEBSITE                  UF UNIVERSITY of FLORIDA

ONE.UF                  WEATHER                 WEBSITE LISTING

WEBMAIL                 CAMPUS MAP              ACCESSIBILITY

MYUFL                   STUDENT TOURS           POLICIES                 University of Florida
                                                                         Gainesville, FL 32611
E-LEARNING              ACADEMIC CALENDAR       REGULATIONS              UF Operator: (352) 392-3261

DIRECTORY               EVENTS                  UF PUBLIC RECORDS        Website text-only version

