# **EXHIBIT 7**



UF | Anti-Racism
UNIVERSITY of FLORIDA

CENTRAL INITIATIVES                    CAMPUS EFFORTS                    LEARN

Welcome to the University of Florida's website on anti-racism. The purpose of this site is to keep our community up-to-date on the work taking place at all levels across the university to understand our past, address racism and promote equity.

Thus far, we have focused on the Black experience and anti-Black racism. Going forward, we will focus on the experiences of other members of our community. Throughout, this site will serve as a living educational resource as we all work together to recognize our history and combat racism and its impacts.

Please visit often to learn about UF's progress and to discover how you can take part in this important shared effort.



UF TIMELINE

African-American Student History Timeline

WATCH THE VIDEO

## CENTRAL INITIATIVES


EDUCATION


HISTORY


REPRESENTATION

**RESOURCES**
ONE.UF
WEBMAIL
MYUFL
E-LEARNING

**CAMPUS**
WEATHER
CAMPUS MAP
STUDENT TOURS
ACADEMIC CALENDAR

**WEBSITE**
WEBSITE LISTING
ACCESSIBILITY
POLICIES
REGULATIONS


UF UNIVERSITY of FLORIDA

University of Florida
Gainesville, FL 32611

UF | NEWS   CALENDAR   DIRECTORY   GIVING   UF HEALTH   UF IFAS



**CENTRAL INITIATIVES**    **CAMPUS EFFORTS**    **LEARN**

