# **EXHIBIT 9**

# Ryan Meltzer

| | |
|---|---|
| **From:** | Jonathan Mitchell <jonathan@mitchell.law> |
| **Sent:** | Tuesday, February 7, 2023 12:34 AM |
| **To:** | M. Carter Crow |
| **Cc:** | Gene P. Hamilton; Layne E. Kruse; Paul Trahan; Ryan Meltzer |
| **Subject:** | Re: Lowery v. TAMU - Conference Letter re Motion to Dismiss |

Thanks Carter. I don't think we need to confer about any of this, but we do agree with you that we cannot sue the university itself under 42 U.S.C. § 1981 or 42 U.S.C. § 1983, because neither of those statutes abrogates state immunity or subjects state entities (as opposed to individual officers) to suit. We tried to make this clear in our first amended complaint (see paragraphs 58 and 65).

We respectfully disagree with your remaining contentions and will stand on our current pleading.

—Jonathan


> On Jan 31, 2023, at 4:29 PM, M. Carter Crow <carter.crow@nortonrosefulbright.com> wrote:
>
> Jonathan and Gene,
>
> Please see the attached letter sent pursuant to the Court's Local Rules regarding our intention to file a motion to dismiss the amended complaint.  Please let us know if you would like to confer regarding any of the issues identified in the letter.
>
> Thanks,
> **M. Carter Crow** | Global Head of Employment & Labor
> Norton Rose Fulbright US LLP
> 1301 McKinney, Suite 5100, Houston, Texas  77010-3095, United States
> Office Tel +1 713 651 5218 | Cell +1 713 922 9370
> carter.crow@nortonrosefulbright.com
>
> **NORTON ROSE FULBRIGHT**
>
> *Law around the world*
> nortonrosefulbright.com
>
> **CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.
>
> Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps

1

coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

<Lowery.pdf>

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**