UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated, | Civil Action No. 4:22-cv-3091 |
| Plaintiff, | |
| v. | Judge Charles Eskridge |
| **Texas A&M University System**, et al., | |
| Defendants. | |

## Plaintiff Richard Lowery's Unopposed Motion To Extend Time To Respond To The Defendants' Motion To Dismiss The First Amended Complaint

On February 10, 2023, the defendants moved to dismiss the first amended complaint. *See* ECF No. 22. The plaintiff's response is currently due on March 3, 2023. The plaintiff respectfully requests a two-week extension, which would move the deadline to Friday, March 17, 2023.

Plaintiff's counsel has made substantial progress on the brief and had hoped to file by the original deadline of March 3. But plaintiff's counsel, Jonathan F. Mitchell, has had a busy schedule over the three weeks that has made it difficult to complete the brief before the current due date. Mr. Mitchell operates as a solo practitioner, and he serves as lead counsel on many cases throughout the country and faced numerous briefing deadlines and court appearances during the past month, many of which could not be moved. Those include:

- An appellate reply brief in *Lilith Fund v. Weldon*, No. 02-22-00413-CV (2nd COA, Texas), which was filed on February 15, 2023.

- Responses to requests for production of documents in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), which were served on February 20, 2023.

- A response to a petition for mandamus in the Supreme Court of New Mexico in *State ex rel. Torrez v. Board of County Commissioners for Lea County*, et al., No. S-1-SC-39742, which was filed on February 20, 2023.

- An appellate reply brief in the consolidated appeals of *Associated Builders & Contractors of Western Pa. v. Community College of Allegheny*, No. 22-2030, and *Associated Builders & Contractors of Western Pa. v. Plum Borough*, No. 22-2031, which was filed on February 23, 2023.

- A brief responding to evidentiary objections in *In re Maxwell*, No. NO. C2022388 (Hood County, Texas), which is due on March 3, 2023.

- A rebuttal expert witness report in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), which is due on March 4, 2023.

Mr. Lowery therefore respectfully requests a 14-day extension to complete and file his response to the defendants' motion to dismiss. We have conferred with counsel for the defendants and they are unopposed to this motion.

## CONCLUSION

The motion for extension of time should be granted.

Respectfully submitted.

| | |
|---|---|
| Gene P. Hamilton | /s/ Jonathan F. Mitchell |
| Virginia Bar No. 80434 | Jonathan F. Mitchell |
| Vice-President and General Counsel | Texas Bar No. 24075463 |
| America First Legal Foundation | Mitchell Law PLLC |
| 300 Independence Avenue SE | 111 Congress Avenue, Suite 400 |
| Washington, DC 20003 | Austin, Texas 78701 |
| (202) 964-3721 (phone) | (512) 686-3940 (phone) |
| | (512) 686-3941 (fax) |

gene.hamilton@aflegal.org

Dated: March 2, 2023

jonathan@mitchell.law

*Counsel for Plaintiff and
the Proposed Class*

## CERTIFICATE OF WORD COUNT

I certify that this motion contains 378 words.

                                           <u>/s/ Jonathan F. Mitchell</u>
                                           Jonathan F. Mitchell
                                           *Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF CONFERENCE

I have conferred with Carter Crow, counsel for the defendants, and he informed me that his clients are unopposed to this motion.

                                           <u>/s/ Jonathan F. Mitchell</u>
                                           Jonathan F. Mitchell
                                           *Counsel for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

I certify that on March 2, 2023, I served this document through CM/ECF upon:

M. Carter Crow
Layne E. Kruse
Paul Trahan
Ryan Meltzer
Jesika Silva Blanco
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151 (phone)
(713) 651-5246 (fax)
carter.crow@nortonrosefulbright.com
layne.kruse@nortonrosefulbright.com
paul.trahan@nortonrosefulbright.com
ryan.meltzer@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

*Counsel for Defendants*

                                                   /s/ Jonathan F. Mitchell
                                                  Jonathan F. Mitchell
                                                  *Counsel for Plaintiff and the Proposed Class*