UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Texas A&M University System**, et al.,<br><br>Defendants. | Civil Action No.<br>4:22-cv-3091<br><br>Judge Charles Eskridge |

**ORDER GRANTING PLAINTIFF RICHARD LOWERY'S
UNOPPOSED MOTION FOR EXTENSION OF TIME**

The plaintiff's unopposed motion to extend the time for filing his response to the defendants' motion to dismiss is granted. The plaintiff shall file his response on or before Friday, March 17, 2023.

So ordered.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge