United States District Court
Southern District of Texas
**ENTERED**
March 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated, | Civil Action No. 4:22-cv-3091 |
| Plaintiff, | |
| v. | Judge Charles Eskridge |
| **Texas A&M University System**, et al., | |
| Defendants. | |

### ORDER GRANTING PLAINTIFF RICHARD LOWERY'S UNOPPOSED MOTION FOR EXTENSION OF TIME

The plaintiff's unopposed motion to extend the time for filing his response to the defendants' motion to dismiss is granted. The plaintiff shall file his response on or before Friday, March 17, 2023.

So ordered.

Signed on March 6, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge