# **EXHIBIT 1**



🏠 / System News / Texas A&M System Removes DEI Statements

SYSTEM NEWS

# Texas A&M System Removes DEI Statements

By tamus • March 2, 2023 • Updated on March 2, 2023



**System-wide Policy Standardizes Hiring, Admission Policies**

BRYAN-COLLEGE STATION, Texas — Chancellor John Sharp today directed all universities and agencies in The Texas A&M University System to remove Diversity, Equity and Inclusion (DEI) statements from their employment or admission practices.

"No university or agency in the A&M System will admit any student, nor hire any employee based on any factor other than merit," said Chancellor Sharp.

After receiving the February 6 letter on DEI from the Office of the Governor, Chancellor Sharp immediately ordered all A&M System institutions to review their employment and admission practices and confirm their compliance.

Today's System-wide directive standardizes faculty and staff applications, limiting them to a cover letter, curriculum vitae, statements about research and teaching philosophies, and professional references. It further instructs universities and agencies to make all websites or printed materials dealing with employment and admission practices compliant with the directive.

"The Texas A&M University System will continue its land grant mission by ensuring Texans from all walks of life are served by our institutions," Chancellor Sharp said. "We believe serving Texas can be accomplished best by recruiting the brightest and most qualified students, faculty and staff."

**About The Texas A&M University System**

The Texas A&M University System is one of the largest systems of higher education in the nation, with a budget of $7.2 billion. Through a statewide network of 11 universities, a comprehensive health science center, eight state agencies, and the RELLIS Campus, the Texas A&M System educates more than 152,000 students and makes more than 24 million additional educational contacts through service and outreach programs each year. System-wide, research and development expenditures exceed $1 billion and help drive the state's economy.

**Contact: Laylan Copelin**
Vice Chancellor of Marketing and Communications
(979) 458-6425
(512) 289-2782 cell
lcopelin@tamus.edu



March 2, 2023

TO:  Texas A&M System Presidents and Agency Directors

FROM:        John Sharp, Chancellor

SUBJECT: System Guidance on Recruitment, Hiring and Related Employment Practices

Governor Abbott's Chief of Staff issued a letter on February 6 reminding all state agencies of their responsibilities under state and federal law governing recruitment, hiring and related employment practices. This issue was extensively discussed with the University Presidents at the meeting of the Board of Regents occurring at that time. I am satisfied that all of our System practices now comply with the general guidance in the letter, but I want to go further to make our expectations clear and consistent across the Texas A&M University System.

We have now surveyed practices at all of our institutions, and I am issuing this further guidance to create a uniform System-wide policy on recruitment, hiring and related activities. This allows us to speak with one voice on this issue.

This guidance overrides and replaces any practices in place at any university or agency or any of its components. If upon review, any changes are needed at your institution or agency, please make those changes effective immediately.

If you have questions or comments, please contact Billy Hamilton or James Hallmark.

Thank you for your cooperation.

   **System Guidance on Recruitment, Hiring and Related Employment Practices**

**General Statement**: *The Texas A&M University System will continue its land grant mission by ensuring Texans from all walks of life are served by our institutions. We believe serving Texas can be accomplished best by recruiting the brightest and most qualified students, faculty and staff."*

While your university or agency may not have a member-wide requirement for applicants to submit a diversity statement, some units within your institution may require such statements.

To ensure adherence to the guidance highlighted in the letter from the Office of the Governor on February 6, 2023, the Chancellor in consultation with the System Office of General Counsel has standardized faculty application components to the following:

- Employment Application

- Cover letter
- Curriculum vitae
- Personal statement to include philosophy and plans for research, teaching and service, as applicable
- Professional references

Similarly for staff positions, application components must be limited to

- Employment Application
- Cover letter
- CV or Resume
- Professional References

This guidance also covers all websites and printed publications related to recruitment, hiring or other employment practices.

Please make changes throughout your university or agency as needed.

← PREVIOUS
Texas A&M System to launch more startups, issue more patents

NEXT →
Governor Abbott Appoints Three To Texas A&M University System Board of Regents

# Similar Posts

### Jeb Bush: Government must regain public's trust
January 12, 2017

### First Settlers In Gulf Coast Far Earlier Than Believed | Texas A&M Today

January 12, 2017

## ARCHIVES

Select Month

## CALENDAR SEARCH

### March 2023

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   | 1 | **2** | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | **15** | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

« Feb

Agenda Items   Brand Guide   Facts Book   Open Records   Staff Directory   System News

System Policies Library                            System Strategic Plan

© 2023 TAMUS System News  - Texas A&M University System

301 Tarrow Street, College Station, TX 77840 | MAP | Phone: (979) 458-7700 | tamus-webmaster@tamus.edu

State of Texas | Texas Homeland Security | Texas Veterans Portal | Statewide Search | Risk, Fraud & Misconduct Hotline |

Privacy | Web Accessibility | State Link Policy | Campus Carry

