IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS A&M UNIVERSITY; M. KATHERINE BANKS, in her official capacity as President of Texas A&M University; ALAN SAMS, in his official capacity as Interim Provost and Vice President for Academic Affairs for Texas A&M University; ANNIE S. MCGOWAN, in her official capacity as Vice President and Associate Provost for Diversity at Texas A&M University; and N.K. ANAND, in his official capacity as Vice President for Faculty Affairs at Texas A&M University,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:22-cv-3091 |

## SECOND DECLARATION OF M. CARTER CROW
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

I, M. Carter Crow, declare as follows:

My name is M. Carter Crow. I am a partner at Norton Rose Fulbright US LLP, attorneys of record for Defendants in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

- 1 -

- 2 -

1. Exhibit 10 to this Declaration is a true and correct copy of a declaration and accompanying exhibit filed by Plaintiff Richard Lowery in the case captioned *Lowery v. Mills et al.*, No. 1:23-cv-00129, in the United States District Court for the Western District of Texas on February 17, 2023. These filings are publicly accessible via PACER.

2. Exhibit 11 to this Declaration is a true and correct copy of a declaration filed by Plaintiff Richard Lowery in the case captioned *Lowery v. Mills et al.*, No. 1:23-cv-00129, in the United States District Court for the Western District of Texas on March 21, 2023. This filing is publicly accessible via PACER.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 27, 2023 in Houston, Texas.

_____
M. Carter Crow