UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Richard Lowery<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:22–cv–03091 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Texas A&M University System, et al.<br>Defendant. | §<br>§ | |

NOTICE OF SETTING

Take notice that a Motion Hearing is set as follows:

Wednesday, May 31, 2023, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002