**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RICHARD LOWERY, on behalf of himself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-3091 |
| TEXAS A&M UNIVERSITY et al., | § § | |
| Defendants. | § § | |

**<u>JOINT STATUS REPORT</u>**

Plaintiff and Defendants respectfully submit this Joint Status Report following the oral argument in this matter on May 31, 2023. After conferring, the parties have been unable to reach an agreement on the resolution of this case. In accordance with the Court's Minute Entry and Order, Dkt. 30, the parties wish to submit supplemental briefing on the jurisdictional issues raised in Defendants' pending motion to dismiss in light of the passage of Texas Senate Bill 17. The parties therefore propose that, by June 26, 2023, each party may submit a supplemental brief of no more than five pages, and, by July 7, 2023, each party may submit a supplemental response brief of no more than five pages.

Dated: June 12, 2023                          Respectfully submitted,


*/s/ Jonathan F. Mitchell*                    */s/ M. Carter Crow*
_____                       _____
   Jonathan F. Mitchell                    M. Carter Crow
   State Bar No.  24075463                 State Bar No.  05156500
   jonathan@mitchell.law                   carter.crow@nortonrosefulbright.com
111 Congress Avenue, Suite 400                1301 McKinney, Suite 5100
Austin, TX 70701                              Houston, TX  77010-3095
Telephone:    (512) 686-3940                  Telephone:    (713) 651-5151
Facsimile:     (512) 686-3941                 Facsimile:     (713) 651-5246

Attorney-in-Charge for Plaintiff Richard      Attorney-in-Charge for Defendants Texas
Lowery                                        A&M University, M. Katherine Banks,
                                              Alan Sams, Annie S. McGowan, and N.K.
                                              Anand

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 5.3, I hereby certify that the foregoing Joint Status Report

has been served on all parties today, June 12, 2023, via CM/ECF.

*/s/ M. Carter Crow*
M. Carter Crow
