United States District Court
Southern District of Texas
**ENTERED**
June 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-03091 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| TEXAS A&M | § | |
| UNIVERSITY, *et al*, | § | |
| Defendants. | § | |

## ORDER

The Court notes and appreciates the Parties' Joint Status Report. Dkt 31.

By June 30, 2023, each party may submit a supplemental brief of no more than five pages, and, by July 12, 2023, each party may submit a supplemental response brief of no more than five pages.

The parties may make further reasonable request for a brief extension, if needed.

SO ORDERED.

Signed on ____June 23, 2023____, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge