UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Texas A&M University System**, et al.,<br><br>Defendants. | CIVIL ACTION No.<br>4:22-cv-3091<br><br><br>JUDGE CHARLES ESKRIDGE |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Richard Lowery respectfully advises the Court of the Supreme Court's recent decision in *303 Creative LLC v. Elenis*, No. 21-476 (2023). *303 Creative* allowed a Christian website designer to bring a pre-enforcement lawsuit over a public-accommodations statute that prohibits discrimination on account of sexual orientation and gender identity, because she feared that the law might be enforced in a manner that would prohibit her from denying services to those seeking a website that celebrates or promotes same-sex weddings. *See* slip op. at 2–3. The Court allowed this pre-enforcement challenge over the dissenting opinion's objections, *see id.* at 20, and it allowed the lawsuit to proceed even though the designer was not yet offering wedding-related services and had not been threatened or compelled to create an objectionable website, *see id.* at 2. *303 Creative* supports Mr. Lowery's claim that he need not formally apply for a faculty appointment at Texas A&M before suing to challenge its faculty-hiring practices.

We have attached a copy of *303 Creative* to this notice.

Respectfully submitted.

/s/ Jonathan F. Mitchell

Gene P. Hamilton
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721 (phone)
gene.hamilton@aflegal.org

Jonathan F. Mitchell
*Attorney in Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiff and
the Proposed Class*

Dated: July 5, 2023

## CERTIFICATE OF SERVICE

I certify that on July 5, 2023, I served this document through CM/ECF upon:

M. CARTER CROW
LAYNE E. KRUSE
PAUL TRAHAN
RYAN MELTZER
JESIKA SILVA BLANCO
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151 (phone)
(713) 651-5246 (fax)
carter.crow@nortonrosefulbright.com
layne.kruse@nortonrosefulbright.com
paul.trahan@nortonrosefulbright.com
ryan.meltzer@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

*Counsel for Defendants*

          /s/ Jonathan F. Mitchell
          JONATHAN F. MITCHELL
          *Counsel for Plaintiff and the Proposed Class*