# **EXHIBIT 1**



System Ethics and Compliance Office

THE TEXAS A&M UNIVERSITY SYSTEM

June 26, 2023

**MEMORANDUM**

**TO:** Chief Executive Officers
The Texas A&M University System

**SUBJECT:** Ethics and Compliance Program Review—DEI Compliance with SB 17

    The System Offices initiated a Systemwide Ethics and Compliance Program Review on June 13th of the processes and procedures relating to State and Federal EEO laws and DEI Compliance with SB 17. As a reminder, all data requested is due on June 30, 2023. Strict adherence to the deadline is necessary in order for the System to comply with the Chancellor's directive that we take the steps necessary to achieve compliance with SB17 by September 1, 2023. As such, we cannot grant extensions to the June 30th data submission deadline absent extraordinary circumstances.

    If you have any questions, please do not hesitate to contact Dora Lisa Zavala or myself.

Janet Gordon
System Ethics and Compliance Officer

cc: Ray Bonilla, General Counsel
R. Brooks Moore, Deputy General Counsel
Jan Faber, Managing Counsel for Compliance
Carla Vogel, Assistant General Counsel
Dora Lisa Zavala, Director, Equal Opportunity
A&M System Compliance Officers