# Exhibit 2

From: **Shane Johnson**<shaneajohnson@tamu.edu>
Date: Fri, Aug 26, 2022 at 5:41 PM
Subject: Re: Recruiting meeting
To: ███████████████████████

No worries. The underrepresented line would potentially be a third position, so yes reserved, but not one of our "regular" positions.

S

**Shane A Johnson | Leland Memorial Chair in Finance**
Adam C. Sinn '00 Department of Finance
Mays Business School | Texas A&M University
4218 TAMU | College Station, TX 77843-4218

**MAYS BUSINESS SCHOOL**  |  **ONE** School • Vision • Spirit

Tel. 979.862.3318 | Fax 979.845.3884 | shane@tamu.edu
WE STEP UP mays.tamu.edu


On Fri, Aug 26, 2022 at 10:07 AM ███████████████████████ wrote:
Shane,

I am sorry for having missed our meeting. I don't know how it did not get on my calendar.

I heard from someone that one of our lines is reserved for an "underrepresented minority." Is that correct?

Best,
███