# Exhibit 3


OFFICE FOR DIVERSITY

Powered by Google Translate
Powered by Google Translate
SEARCH

About the Office | Data | Diversity Plan | Hispanic-Serving (HSI) | Resources

ACES Fellows | Campus Voices | Diversity Matters Seed Grant | Events | Contact Us

# Strategic Planning

## Texas A&M's 2020-2025 Strategic Plan

Texas A&M's [2020 – 2025 Strategic Plan](#) provides key performance indicators (KPIs) for student enrollment, retention, campus climate, recognition and rewards, and representation --

- Undergraduate Student KPIs (2020 – 2025 Strategic Plan, p. 9)
    - Increase [underrepresented minority (URM) undergraduate enrollment](#) to 33%.
    - Increase [first-year retention](#) to 95% with a stretch goal of 97% and decrease academic equity gaps.
    - Increase [four-year graduation](#) to 65% with a stretch goal of 70% and decrease academic equity gaps.
    - Increase [four-year graduation rate](#) for transfer students to 85% with a stretch goal of 88% and decrease academic equity gaps.

- Graduate and Professional Student KPIs (2020 – 2025 Strategic Plan, p. 14)
    - Increase URM graduate and professional enrollment to 30% of domestic students, and [degrees awarded](#) to 25%.
    - Decrease median [time to degree](#) to five years, and increase five-year and 10-year completion rates to 50% and 80%, respectively, for Ph.D. students across all demographic groups.

- Faculty KPIs (2020 – 2025 Strategic Plan, p. 22)
    - Increase by 20% the number of faculty with prestigious and highly prestigious [awards](#).
    - Increase by 20% the national and international recognition of our faculty as educators.
    - Increase proportion of [tenure track faculty](#) to 65%.
    - In new hires, increase by 100% the diversity of our faculty to better reflect the diversity of our student body.
    - Increase by 50% the retention of women faculty on the tenure track to better reflect the diversity of our student body.

## Commission on Diversity, Equity, and Inclusion

Launched [July 13, 2020](#) by then-President Michael K. Young, the Texas A&M University Commission on Diversity, Equity and Inclusion ([CDEI](#)) was a 45-member commission of current and former students, faculty, and staff who are researching and discussing topics of racial intolerance, historical representations and campus climate and culture. The work of the CDEI resulted in a [report](#) released to the campus community in January 2021 and a response with immediate proposed actions and investment from the Board of Regents on [January 25, 2021](#).  On May 26, 2021, Interim President John L. Junkins submitted an [executive brief](#) to John Sharp, Chancellor of the Texas A&M University System.

 / Strategic Planning

| Current Students | Parents | University Events Calendar | Employment Opportunities |
| Former Students | Faculty | University Academic Calendar | Texas A&M TODAY |
| Prospective Students | Staff | Diversity Resources Calendar | Bryan/College Station Chamber of Commerce |
| Stop Hate | | | |

     

Texas A&M University | Web Accessibility | Site Policies | Contact

Sitemap    Login