# Exhibit 7

|  |  |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated, | Civil Action No. 4:22-cv-3091 |
| Plaintiff, |  |
| v. | Judge Charles Eskridge |
| **Texas A&M University System**, et al., |  |
| Defendants. |  |

## DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent plaintiff Richard Lowery in this litigation, and I submit this declaration in support of the plaintiff's supplemental brief on justiciability (ECF No. 34).

4. The document attached as Exhibit 3 to the second amended complaint is an authentic copy of a webpage from the site of Texas A&M's office for diversity, which I downloaded on July 12, 2023. The URL was https://diversity.tamu.edu/Home/Strategic-Planning

5. The document attached as Exhibit 4 to this brief is an authentic copy of an article that I downloaded on June 30, 2023, from the following URL: https://americanmind.org/salvo/dei-by-any-other-name-still-stinks

6. The document attached as Exhibit 5 to this brief is an authentic copy of an article that I downloaded on June 30, 2023, from the following URL:

https://texasscorecard.com/state/aggies-hire-ny-times-diversity-advocate-to-head-journalism-program

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2023

_Jonathan F. Mitchell_
Jonathan F. Mitchell