UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**Texas A&M University System**, et al.,<br><br>    Defendants. | Civil Action No.<br>4:22-cv-3091<br><br><br>Judge Charles Eskridge |

**ORDER GRANTING PLAINTIFF RICHARD LOWERY'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

The plaintiff's motion for leave to file a second amended complaint is granted.

The plaintiff shall file his second amended complaint with seven (7) days of this order.

So ordered.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge