# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Texas A&M University System**, et al.,<br><br>Defendants. | Civil Action No.<br>4:22-cv-3091<br><br>Judge Charles Eskridge |

## DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent plaintiff Richard Lowery in this litigation, and I submit this declaration in support of the plaintiff's response to the defendants' supplemental brief on justiciability (ECF No. 38).

4. The document attached as Exhibit 1 to this brief is an authentic copy of a webpage from the site of Texas A&M's office for diversity, which I downloaded on July 12, 2023. The URL was https://diversity.tamu.edu/Home/Strategic-Planning

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2023

Jonathan F. Mitchell