

From: **Walker, Duncan M** <d-walker@tamu.edu>
Date: Sun, Jul 23, 2023, 3:38 AM
Subject: Re: Letter from Dr. Hart Blanton, Professor and Department Head
To: [redacted] Faculty Senate Office <senate@tamu.edu>, [redacted]
Cc: [redacted]

Prof. NK Anand and I have worked closely together in a variety of roles over decades. He has always demonstrated integrity and character. He always follows university policies and procedures, even when it would be easier to take a shortcut. He and I do not always agree, but we know each other well enough to speak frankly about our disagreements and understand each other's reasoning.

NK has always placed a high value on developing a faculty that is representative of Texas. I have seen him reject a slate of on-campus interview candidates because he felt that the search committee had not done a good enough job building a representative pool of candidates, and they needed to go back and do a better job. And he has worked hard to help departments land candidates to help us achieve that representation.

NK has taken on many challenging administrative roles over the years. He was interim department head of a completely dysfunctional department (grievances were filed after every faculty meeting). He has handled many challenging personnel issues with both faculty and students. I have seen him stand up to higher authority and threaten to resign over a matter of principle.

This situation is a fiasco, and we want to get to the bottom of it, but after 38 years at Texas A&M and all his experiences with tough situations, NK did not suddenly throw out all of his principles.

Hank

**Duncan M. (Hank) Walker**

Associate Dean for Graduate Programs, College of Engineering

Professor of Computer Science and Engineering

Texas A&M University

3127 TAMU

College Station TX 77843-3127

Tel: 979.845.9017 Fax 979.847.8654

---

**From:** [redacted]
**Sent:** Friday, July 21, 2023 9:45 PM

**To:** Faculty Senate Office <senate@tamu.edu>;

**Cc:**





**Subject:** Re: Letter from Dr. Hart Blanton, Professor and Department Head

Unfortunately, the purging is not over. N.K. has no defense for his most recent and many other earlier offenses, and his resignation must also come forth or be demanded to allow us to be in a position for rebuilding.
Kind regards