| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Texas A&M University System**, et al.,<br><br>Defendants. | Civil Action No.<br>4:22-cv-3091<br><br>JUDGE CHARLES ESKRIDGE |

## DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent plaintiff Richard Lowery in this litigation, and I submit this declaration in support of the plaintiff's notice to the court (ECF No. 39).

4. The document attached as Exhibit 1 to this notice is an authentic copy of a news story from the web site of the New York Times, which I downloaded on July 23, 2023. The URL was https://www.nytimes.com/2023/07/21/us/texas-a-m-president-resigns.html

5. The document attached as Exhibit 2 to this notice is an authentic copy of a news story from the web site of the Washington Post, which I downloaded on July 23, 2023. The URL was https://www.washingtonpost.com/education/2023/07/21/texas-am-president-resigns-kathleen-mcelroy-controversy

6. The document attached as Exhibit 3 to this notice is an authentic copy of a news story from Texas A&M Today, which I downloaded on July 23, 2023. The URL

was https://today.tamu.edu/2023/06/13/aggie-with-distinguished-career-selected-to-lead-texas-am-journalism-program

7. The document attached as Exhibit 4 to this notice is an authentic copy of an article that I downloaded on June 30, 2023, from the following URL: https://texasscorecard.com/state/aggies-hire-ny-times-diversity-advocate-to-head-journalism-program

8. The document attached as Exhibit 5 to this notice is an authentic copy of a news story from Texas A&M Today, which I downloaded on July 23, 2023. The URL was https://www.texastribune.org/2023/07/11/texas-a-m-kathleen-mcelroy-journalism

9. The document attached as Exhibit 6 to this notice is an authentic copy of an e-mail sent by Duncan M. (Hank) Walker, Associate Dean for Graduate Programs, College of Engineering at Texas A&M University, on July 23, 2023

10. The document attached as Exhibit 7 to this notice is an authentic copy of a news story from Texas A&M Today, which I downloaded on July 23, 2023. The URL was https://today.tamu.edu/2023/07/21/texas-am-president-kathy-banks-to-retire-immediately

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2023

*Jonathan F. Mitchell*
JONATHAN F. MITCHELL