**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** Fwd: A Message from Acting President Mark A. Welsh III
**Date:** July 26, 2023 at 1:33 PM
**To:** Jonathan Mitchell  jonathan@mitchell.law

---------- Forwarded message ---------
From: **Office of the President** <president@tamu.edu>
Date: Wed, Jul 26, 2023, 6:12 PM
Subject: A Message from Acting President Mark A. Welsh III
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇



*A message from*
### Acting President Mark A. Welsh III

Members of the Aggie Family,

Howdy! When Chancellor Sharp called me last Thursday evening to ask if I would be willing to lead our university while a search is conducted to find the next president, I was stunned…and honored.

Texas A&M has been a part of my life for as long as I can remember. I'm the son of the proudest Aggie I ever knew, Mark A. Welsh Jr. '46; a brother to five Aggies; father to four Aggies; and grandfather to a member of the Class of 2026. Some of my earliest memories are of visiting Aggieland with my father to attend football and baseball games and Bonfire. In 2016, I was privileged to become dean of the Bush School of Government and Public Service. It was a wonderful opportunity to "answer the noble calling of public service," as President George H.W. Bush so eloquently said. It was also a wonderful opportunity to serve this great university that I have come to love.

Remarkable things are happening every day across our campuses. That work

must not slow down. As acting president, my primary responsibility is to ensure that all of you have what you need to keep moving forward in your efforts to help our students answer the call to a life of service, a life of distinction, a life of honor. I'm working hard to understand the next major decision points and gather the information that will allow me to best serve you and this institution. I believe strongly in both.

Texas A&M has been in the news lately, and not for the reasons we would like. But recent events and the accompanying commentary do not define us as an institution, nor do they undo the great work we see across this university every day. They should, however, remind us that living up to our core values is an ongoing commitment, as even esteemed institutions like ours must consistently confront and resolve challenges to uphold our status as a great university. Just to be clear on where I stand, I believe diversity in all its forms is a strength. I believe every Aggie must have a voice, that each of you is critically important to our success and that you deserve to be treated with respect. I think you also believe those things.

Texas A&M has weathered many storms over its 147-year history, and we'll weather this one. The quickest way to get past it is to walk side-by-side and recommit to showing the world what it means to be an Aggie. I'm looking forward to the journey.

Gig 'em!

**r/mark**

*Mark A. Welsh III, Acting President*

[president@tamu.edu](mailto:president@tamu.edu)

You are receiving this official university correspondence, *sent on behalf of the Texas A&M University Office of the President,* because you are either an incoming, current or former student, affiliate, staff or faculty member of Texas A&M University.

1246 TAMU Texas A&M University | College Station, TX 77843 US