# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Texas A&M University System**, et al., <br><br> Defendants. | Civil Action No. 4:22-cv-3091 <br><br> Judge Charles Eskridge |

## DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent plaintiff Richard Lowery in this litigation, and I submit this declaration in support of the plaintiff's additional notice to the court (ECF No. 40).

4. The document attached as Exhibit 1 to this notice is an e-mail from Mark A. Welsh III, the Acting President of Texas A&M University, which was forwarded to me by a member of the Texas A&M community.

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Jonathan F. Mitchell*

Dated: July 27, 2023     Jonathan F. Mitchell