**MAYS BUSINESS SCHOOL**
**Graduate Programs Office**



**Jerry R. Strawser**
Interim Head of the Adam C. Sinn '00 Department of Finance
Professor and Associate Dean for Graduate Programs
*KPMG Chair in Accounting*
July 31, 2023

### MEMORANDUM

**TO:**  *Adam Kolasinski*
*Associate Professor*

**THROUGH:**  *Nate Y. Sharp*
*Dean of Mays Business School*

**FROM:**  *Jerry Strawser*
*Interim Head, Adam C. Sinn '00 Department of Finance*

**SUBJECT:**  2023-2024 Reappointment Letter for *Adam Kolasinski*

In accordance with the University Statement on Academic Freedom, Responsibility, Tenure and Promotion (University Rule 12.01.99.M1), this letter constitutes your official notification of the terms and conditions of your appointment for the 2023-2024 academic year. Your appointment is subject to the rules and regulations of Texas A&M University (TAMU) as well as of the Texas A&M System.

On September 1, 2023, the following will be effective and visible in Workday.
Faculty Employee Name: Adam Kolasinski
Faculty Employee UIN: 823003156
Faculty Rank and Title: Professor
Tenured/Tenure Track/Academic Professional Track: Tenured
Employment Term (9, 10 or 11 months): 9
Full-Time Equivalent (FTE) Percent of Effort: 100
Raise for Promotion: ▮
Monthly Base (FTE) Salary: ▮▮▮▮▮
*Merit adjustments, if approved, will be visible in Workday in the fall and all other salary adjustments, if applicable, for the 2023-2024 academic year (e.g., equity adjustments, promotions, and the like) will be available to view in Workday in September 2023.*

## Effort Assigned

Employees holding appointment terms of fewer than 12 months are eligible to enroll in *Save for Summer* and can learn more about the plan by following the link https://employees.tamu.edu/payroll/_media/forms/save-for-summer-interactive-authorization-form.pdf. If you are currently enrolled, you will automatically renew each fiscal year. To register for the program or adjust contributions for the new fiscal year, please submit the authorization form to Payroll Services prior to September 1, 2023.

As a faculty member with a less than 12-month appointment, you are not eligible to accrue or use vacation time but may take time off during university holidays and student recesses. Unused days do not carry forward to the next year and unused days are not eligible for cash payouts. Sick leave and other benefits will be applied consistent with University policy and State law.

Your teaching load for the 2023-2024 academic year is ▮ course sections (or equivalent). The specific course and semester assignments will be determined at a later date.

Wehner Building
4113 TAMU
College Station, TX 77843-4113

Tel. 979.458.6715
jstrawser@tamu.edu

All faculty are expected to participate in service activities to the University, to Mays Business School, and to the profession. Additionally, engagement in community service opportunities is encouraged. Additional details of Mays' service expectations are listed in the document titled "Guidelines for Faculty Appointment and Evaluations," available on the intranet website of the Faculty Affairs office. A link to that document follows: https://facultyaffairs.tamu.edu/dof/media/DOF-Media/Headshots/DOF%20Internal/Mays-Guidelines-For-Faculty-Appointments-and-Evaluations-June-7-2022-Final-pdf-correctedByPAVE.pdf

Service expectations specific to your appointment include: Faculty Senator representing the Mays Business School; Department P&T committee, faculty recruiting committee, and PhD student recruiting committee.

As a Professor, you are expected to generate and disseminate new knowledge consistent with your faculty rank. General expectations include active participation in research and scholarship and dissemination through publications/presentations. Additional details of Mays' research expectations are listed in the document titled "Guidelines for Faculty Appointment and Evaluations," available on the intranet website of the Faculty Affairs office. A link to that document follows: https://facultyaffairs.tamu.edu/dof/media/DOF-Media/Headshots/DOF%20Internal/Mays-Guidelines-For-Faculty-Appointments-and-Evaluations-June-7-2022-Final-pdf-correctedByPAVE.pdf

Mays Business School's expectations for holding a tenured/tenure track position include effective undergraduate and graduate classroom teaching ▮▮▮ courses (or equivalent) per academic year; mentoring and supervision of undergraduate and graduate students and postdoctoral students, particularly recruiting and mentoring of doctoral students and guiding them through graduation in a timely manner; establishment of a sustainable research program through external funding; publication of papers with students in venues that demonstrate impact; contributions to Texas A&M diversity and inclusion goals, and providing a degree of service to Texas A&M University and the professional community.

Other important faculty responsibilities requiring action during the year include:
- Completing all mandatory training assignments by due date. Per University Rule 12.01.99.M1, failure to complete training will result in an automatic "unsatisfactory" on the annual review.
- Posting and updating your CV and syllabus.
- Certifying student attendance in your classes each semester and summer session, including students registered in directed study and research hours.
- Providing timely submission of midterm and final grades for all course sections, including 485, 685, 491 and 691.

**Other Information**

In addition to your base nine-month salary, you can elect to take up to one month of summer salary from the James Ashton Republic Bank Professorship in support of your ongoing research activities. The additional salary payment (plus fringes thereon) is subject to the availability of funds in the professorship account and providing that you do not have funding from other sources during that time. Also, based upon your exceptional research productivity, you are being awarded a second month of summer salary in support of your ongoing research during summer 2024. According to Mays Business School policy, the provision of summer salary support from endowed positions during any year is contingent upon your continued employment with the Mays Business School at Texas A&M University for the following academic year.

University Rule 12.01.99.M1 University Statement on Academic Freedom, Responsibility, Tenure and Promotion states that faculty members are obligated to fulfill the terms of employment for the following year unless they resign prior to 30 days after receiving this notification. For institutional planning purposes, you are requested to inform your department head or your unit head no later than May 15, 2024, if you do not wish to be considered for employment for academic year 2024-2025.

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: F5E4656F61A84C719E90603AA5B69ACE | | Status: Completed |
| Subject: Complete with DocuSign: Kolasinski FY24 Reappointment Letter.pdf | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Kimberly Scherer |
| AutoNav: Enabled | | P.O. Box 1675 |
| EnvelopeId Stamping: Enabled | | Galveston, TX  77553 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | kimberlyscherer@tamu.edu |
| | | IP Address: 47.186.173.222 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>             7/31/2023 | 01:13 PM | Holder: Kimberly Scherer<br>             kimberlyscherer@tamu.edu | Location: DocuSign |

| **Signer Events** | **Signature** | **Timestamp** |
|---|---|---|
| Jerry Strawser<br>jstrawser@tamu.edu<br>Associate Dean for Graduate Programs<br>The Texas A&M University System<br>Security Level: Email, Account Authentication (None) | *Jerry Strawser*<br>E47139A38FE6463...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 128.194.2.136 | Sent: 7/31/2023 | 01:14 PM<br>Viewed: 7/31/2023 | 01:25 PM<br>Signed: 7/31/2023 | 01:25 PM |
| **Electronic Record and Signature Disclosure:**<br>     Not Offered via DocuSign | | |
| Dr. Nate Sharp<br>sharpny@tamu.edu<br>Professor and Department Head<br>Mays Business School at Texas A&M University<br>Security Level: Email, Account Authentication (None) | *Nate Y Sharp*<br>FBB19913F8AD493...<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 128.194.2.248 | Sent: 7/31/2023 | 01:25 PM<br>Viewed: 7/31/2023 | 01:57 PM<br>Signed: 7/31/2023 | 01:58 PM |
| **Electronic Record and Signature Disclosure:**<br>     Not Offered via DocuSign | | |

| **In Person Signer Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Editor Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Agent Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Intermediary Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Certified Delivery Events** | **Status** | **Timestamp** |
|---|---|---|
| Adam Kolasinski<br>akolasinski@tamu.edu<br>Security Level: Email, Account Authentication (None) | **VIEWED**<br><br>Using IP Address: 47.186.153.138 | Sent: 7/31/2023 | 01:58 PM<br>Viewed: 8/1/2023 | 10:11 AM |
| **Electronic Record and Signature Disclosure:**<br>     Not Offered via DocuSign | | |

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Kyra Gunn<br>kgunn@tamu.edu<br>The Texas A&M University System<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 8/1/2023 \| 10:11 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2023 \| 01:14 PM |
| Certified Delivered | Security Checked | 8/1/2023 \| 10:11 AM |
| Signing Complete | Security Checked | 7/31/2023 \| 01:58 PM |
| Completed | Security Checked | 8/1/2023 \| 10:11 AM |

| Payment Events | Status | Timestamps |
|---|---|---|