UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Texas A&M University System**, et al.,<br><br>Defendants. | Civil Action No. 4:22-cv-3091<br><br>Judge Charles Eskridge |

## DECLARATION OF RICHARD LOWERY

1.  My name is Richard Lowery. I am over the age of 18 and fully competent in all respects to make this declaration.

2.  I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3.  I am the plaintiff in this litigation, and I submit this declaration in support of the reply brief in support of my motion for leave to file a second amended complaint (ECF No. 43).

4.  The defendants' brief opposing leave to amend criticizes the notices to the court that my attorney filed on July 23, 2023, July 27, 2023, and August 1, 2023 (Docket Entries 39, 40, and 41), as well as the declarations submitted by Adam Kolasinski in support of the proposed second amended complaint (Docket Entry 37-8), our brief opposing mootness (Docket Entry 38-2), and our notice to the court of August 1, 2023 (Docket Entry 41-2). It insinuates that my attorney and I previously knew about the facts alleged in those notices and in Professor Kolasinski's declarations yet deliberately concealed them from the Court, and are springing them on the Court now in an effort to avoid a mootness dismissal. *See* Defs.' Br., ECF No. 42, at 5 n.2

("All of Plaintiff's 'new' information, it follows, was readily available to Plaintiff well before he *first* amended his complaint—from a source who apparently wants to litigate his own grievances by proxy—and Plaintiff is strategically bringing it forward now in an effort to stave off dismissal.").

5. The defendants' insinuation is ad hominem and false. I had no knowledge of the details described in Professor Kolasinski's declaration of July 12, 2023, before my attorney filed that declaration with the Court, although I was vaguely aware that someone at Texas A&M was boosting an unqualified minority candidate to be dean of the Mays Business School.

6. I had no knowledge of the facts described in Professor Kolasinski's declaration of August 1, 2023, until the day that my attorney filed that declaration with the Court.

7. All other facts described in the notices to the court that were filed on July 23, 2023, July 27, 2023, and August 1, 2023 (Docket Entries 39, 40, and 41), came to my awareness only days before the notices were filed. Indeed, the facts surrounding Kathleen Banks's resignation as president of Texas A&M, the actions of acting president Mark A. Welsh III upon taking office, and the reappointment letter sent to Professor Kolasinski on July 31, 2023, did not even occur until only 1–3 days before the corresponding notices were filed.

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2023

Richard Lowery