UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Texas A&M University System**, et al., <br><br> Defendants. | Civil Action No. 4:22-cv-3091 <br><br> JUDGE CHARLES ESKRIDGE |

## DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent plaintiff Richard Lowery, and I submit this declaration in support of the plaintiff's third additional notice to the court (ECF No. 44).

4. An authentic video of the Texas A&M faculty senate meeting of August 14, 2023, can be found at the link cited in our notice to the Court of August 17, 2023. This video was available when filed our notice on August 17, 2023. We have also downloaded a .mp4 file of Acting President Welsh's remarks, which we can produce to the Court upon request.

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2023

JONATHAN F. MITCHELL