UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Texas A&M University System**, et al.,<br><br>Defendants. | Civil Action No.<br>4:22-cv-3091<br><br>Judge Charles Eskridge |

### DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent plaintiff Richard Lowery, and I submit this declaration in support of the plaintiff's fourth additional notice to the court (ECF No. 45).

4. An authentic video of interim president Mark A. Welsh III's virtual meeting with the Texas A&M faculty and staff, which was held on August 15, 2023, was available at https://www.youtube.com/watch?v=DhZR5JD2Aw8 when we filed our notice with the Court on August 18, 2023.

5. The statements from interim president Welsh that appear in our notice are accurate and authentic transcriptions of the statements that interim president Welsh made at the 4:03, 9:30, and 10:53 marks of the video.

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Dated: August 18, 2023 | /s/ Jonathan F. Mitchell<br>JONATHAN F. MITCHELL |