UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Texas A&M University System**, et al.,<br><br>Defendants. | Civil Action No. 4:22-cv-3091<br><br>Judge Charles Eskridge |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Richard Lowery respectfully advises the Court of the Fifth Circuit's decision earlier today in *Jackson v. Wright*, No. 22-40059 (5th Cir.). *Jackson* rejected a sovereign-immunity defense from university officials that resembles the sovereign-immunity argument asserted by the defendants here. *Compare* slip op. at 5–8 (attached as Ex. 1) *with* Mot. to Dismiss, ECF No. 22, at 12–14; Reply Br., ECF No. 26, at 5–6. *Jackson* holds that "a mere scintilla of enforcement" authority is all that is needed to make university officials proper defendants in an *Ex parte Young* action, and that the mere existence of a defendant's "governing authority" over a university is enough to satisfy that standard. *See* slip op. at 6 ("[T]he Board defendants have the required 'scintilla of enforcement' due to their governing authority over UNT."). Each of the named defendants in this case has "governing authority" over Texas A&M, so they have more than the required "scintilla of enforcement" authority over the university's hiring decisions.

*Jackson* also reaffirms that mere allegations of continuing or future injury are enough to beat back a facial challenge to standing at the motion-to-dismiss stage, and that a plaintiff's allegations must be accepted as true when ruling on standing at this stage of the litigation. *See* slip op. at 9 ("At the motion to dismiss stage where we must accept all Jackson's allegations as true, he has plainly alleged both a continuing and a future injury sufficient to confer standing for him to seek prospective relief.").

We have attached a copy of *Jackson* to this notice.

|  | Respectfully submitted. |
|---|---|
|  | /s/ Jonathan F. Mitchell |
| GENE P. HAMILTON | JONATHAN F. MITCHELL |
| Virginia Bar No. 80434 | *Attorney in Charge* |
| Vice-President and General Counsel | Texas Bar No. 24075463 |
| America First Legal Foundation | S.D. Tex. Bar No. 1133287 |
| 300 Independence Avenue SE | Mitchell Law PLLC |
| Washington, DC 20003 | 111 Congress Avenue, Suite 400 |
| (202) 964-3721 (phone) | Austin, Texas 78701 |
| gene.hamilton@aflegal.org | (512) 686-3940 (phone) |
|  | (512) 686-3941 (fax) |
|  | jonathan@mitchell.law |
|  |  |
|  | *Counsel for Plaintiff and* |
| Dated: September 15, 2023 | *the Proposed Class* |

## CERTIFICATE OF SERVICE

    I certify that on September 15, 2023, I served this document through CM/ECF upon:

M. Carter Crow
Layne E. Kruse
Paul Trahan
Ryan Meltzer
Jesika Silva Blanco
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151 (phone)
(713) 651-5246 (fax)
carter.crow@nortonrosefulbright.com
layne.kruse@nortonrosefulbright.com
paul.trahan@nortonrosefulbright.com
ryan.meltzer@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

*Counsel for Defendants*

                                         /s/ Jonathan F. Mitchell
                                         Jonathan F. Mitchell
                                         *Counsel for Plaintiff and the Proposed Class*