UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD LOWERY, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-03091 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| TEXAS A&M UNIVERSITY, *et al*, | § | |
| Defendants. | § | |

### FINAL JUDGMENT

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the opinion and order granting motion to dismiss entered this same date. Dkt 47.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on September 29, 2023, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge