UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Texas A&M University System**, et al.,<br><br>Defendants. | Civil Action No. 4:22-cv-3091<br><br>Judge Charles Eskridge |

# NOTICE OF APPEAL

Plaintiff Richard Lowery appeals to the United States Court of Appeals for the Fifth Circuit from the judgment entered on September 29, 2023 (ECF No. 48).

Respectfully submitted.

/s/ Jonathan F. Mitchell

| | |
|---|---|
| Gene P. Hamilton<br>Virginia Bar No. 80434<br>Vice-President and General Counsel<br>America First Legal Foundation<br>300 Independence Avenue SE<br>Washington, DC 20003<br>(202) 964-3721 (phone)<br>gene.hamilton@aflegal.org<br><br><br>Dated: September 30, 2023 | Jonathan F. Mitchell<br>*Attorney in Charge*<br>Texas Bar No. 24075463<br>S.D. Tex. Bar No. 1133287<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law<br><br>*Counsel for Plaintiff and the Proposed Class* |

## CERTIFICATE OF SERVICE

I certify that on September 30, 2023, I served this document through CM/ECF upon:

M. Carter Crow
Layne E. Kruse
Paul Trahan
Ryan Meltzer
Jesika Silva Blanco
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151 (phone)
(713) 651-5246 (fax)
carter.crow@nortonrosefulbright.com
layne.kruse@nortonrosefulbright.com
paul.trahan@nortonrosefulbright.com
ryan.meltzer@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

*Counsel for Defendants*

                                                   /s/ Jonathan F. Mitchell
                                                   Jonathan F. Mitchell
                                                   *Counsel for Plaintiff and the Proposed Class*