UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Richard Lowery

*versus*  Case Number: 4:22−cv−03091

Texas A&M University System, et al.

# NOTICE OF NON−COMPLIANCE

The appellant (or counsel for the appellant, if represented) has failed to:

- Submit the DKT13 transcript order form.

Date: October 16, 2023.

Nathan Ochsner, Clerk