

United States Courts
Southern District of Texas
FILED
*November 21, 2024*
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued as the mandate on Nov 21, 2024

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 30, 2024
Lyle W. Cayce
Clerk

No. 23-20481

---

RICHARD LOWERY,

Plaintiff—Appellant,

*versus*

TEXAS A&M UNIVERSITY; ANNIE S. MCGOWAN; N. K. ANAND; MARK A. WELSH, III, *Interim President of Texas A&M University*; ALAN SAMS,

Defendants—Appellees.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-3091

---

Before JONES, WILLETT, and ENGELHARDT, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

No. 23-20481

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 21, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 23-20481    Lowery v. Texas A&M
                           USDC No. 4:22-CV-3091

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa V. Mattingly, Deputy Clerk
                                      504-310-7719

cc:
      Mr. Michael Carter Crow
      Mr. Gene Patrick Hamilton
      Mr. Layne E. Kruse
      Mr. Ryan Eric Meltzer
      Mr. Jonathan F. Mitchell
      Ms. Jesika Jasmine Silva Blanco
      Mr. Paul Trahan